Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, Floor 19
Los Angeles, California 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs
LUIS LOMELI and
JESSICA LOMELLI

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS LOMELI and JESSICA LOMELLI,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendant. | Case No. 1:22-CV-00666-AWI-BAK<br><br>**Request for Entry of Judgment Pursuant to FRCP 68(a)** |

1

**REQUEST FOR ENTRY OF JUDGMENT**

1  **TO THE HONORABLE COURT AND ALL PARTIES AND THEIR**
2  **ATTORNEYS OF RECORD:**

3

4      **PLEASE TAKE NOTICE** Plaintiffs LUIS LOMELI and JESSICA
5  LOMELLI accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to
6  Fed. R. Civ. P. 68 in the amount of $160,034.40 on September 14, 2023, which is
7  attached hereto as **Exhibit 1**. Plaintiffs hereby apply for the Entry of Judgment in
8  the amount of $160,034.40 pursuant to the terms of the Rule 68 attached herein.

9

10  Dated: September 28, 2023    STRATEGIC LEGAL PRACTICES, APC

11

12  

13      TIONNA DOLIN
14      Attorney for Plaintiffs
    LUIS LOMELI and
15      JESSICA LOMELLI

16

17

18

19

20

21

22

23

24

25

26

27

28

**REQUEST FOR ENTRY OF JUDGMENT**

# EXHIBIT 1

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
JAMES P. MAYO (SBN: 169897)
jmayo@grsm.com
RESHMA BAJAJ (SBN: 227106)
rbajaj@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
FCA US LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LOMELI and JESSICA LOMELLI<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:22-CV-00666-AWI-BAK<br><br>**DEFENDANT FCA US LLC'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure, Defendant FCA US LLC ("FCA"), on behalf of itself, hereby offers to allow judgment to be taken against FCA as follows:

1. Plaintiffs LUIS LOMELI and JESSICA LOMELI ("Plaintiffs") will surrender the 2018 Dodge Grand Caravan, VIN: 2C4RDGCG1JR140160 ("Subject Vehicle") by delivering the Subject Vehicle to FCA on a date, time, and place mutually agreeable no later than 90 days after FCA's counsel receives all documents necessary to process the settlement and surrender, unless circumstances caused by Plaintiffs results in delay. Plaintiffs will file a dismissal

with prejudice as to the entire action against all defendants within three (3) days after satisfaction of funding.

2. Without admitting liability, FCA will pay Plaintiffs **$160,034.40** for the Subject Vehicle, inclusive of any and all loan payoff amounts, civil penalties and any incidental/consequential damages, and any and all liability claimed in this action subject to proof. FCA will satisfy such funding obligations within 90 days after FCA's counsel receives all documents necessary to process the settlement and surrender, unless circumstances caused by Plaintiffs results in delay.

3. In addition, if the parties are unable to resolve attorney's fees and costs, FCA offers to pay reasonable costs, expenses and attorneys' fees pursuant to a properly noticed motion pursuant to Fed. R. Civ. P. Rule 54. FCA agrees that Plaintiffs are the prevailing party for the purposes of any fee motion, as defined by Civil Code section 1032. If a motion is needed, this shall not be construed as a waiver of FCA's rights to assert arguments in opposition thereto based on the reasonableness of the fees, costs or expenses sought.

4. FCA will waive all claims it may have for costs and fees in this action.

5. Failure to accept this Offer of Judgment will result in FCA claiming all benefits accruing to it under Rule 68 of the Federal Rules of Civil Procedure should Plaintiffs not achieve a more favorable result at the trial of this action.

6. This Offer of Judgment is made for the purposes specified in Fed. R. Civ. P. 68, and will be deemed withdrawn unless written notice of acceptance of this offer is made in the applicable time period set forth by law (within fourteen (14) days of the date that it was served). Plaintiffs' acceptance of FCA's Offer of Judgment must be made in writing, and may be indicated by the signature of Plaintiffs' counsel below.

///

///

-2-
DEFENDANT FCA US LLC'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

Dated: September 1, 2023   GORDON REES SCULLY MANSUKHANI, LLP

        */s/ James P. Mayo*
        Spencer P. Hugret
        James P. Mayo
        Reshma Bajaj
        Attorneys for Defendant
        FCA US LLC

I hereby accept the above offer on the terms stated on behalf of Plaintiffs.

DATED: September 14, 2023   STRATEGIC LEGAL PRACTICES, APC

        By: _____
        Tionna Dolin
        Attorneys for Plaintiffs
        LUIS LOMELI and
        JESSICA LOMELI

# CERTIFICATE OF SERVICE
*Luis Lomeli, et al. v. FCA US LLC, et al.*
USDC Eastern District of California Court Case No. 1:22-CV-00666-AWI-BAK

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the date below, I served the within documents:

**DEFENDANT FCA US LLC'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

☒ by transmitting VIA ELECTRONIC MAIL from pcasto@grsm.com the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m. (*Per agreement of the parties*.)

☐ by having Nationwide PERSONALLY DELIVER the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

>   Tionna Dolin
>   STRATEGIC LEGAL PRACTICES, APC
>   1888 Century Park East, 19th Floor
>   Los Angeles, CA 90067
>   Tel.: (310) 929-4900
>   Fax: (310) 943-3838
>   Email: emailservices@slpattorney.com
>   Email: tdolin@slpattorney.com
>   Email: mrajpal@slpattorney.com
>   *Attorney for Plaintiffs*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 1, 2023 at San Francisco, California.

*/s/ Priscilla Castro*
Priscilla Castro