UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LOMELI, *et al*.<br><br>            Plaintiffs,<br><br>      v.<br><br>FCA US LLC.<br><br>            Defendant. | Case No. 1:22-cv-00666-ADA-CDB<br><br>ORDER ON STIPULATION CONTINUING FILING DATE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES<br><br>(Doc. 34) |

On June 2, 2022, Plaintiffs Luis and Jessica Lomeli ("Plaintiffs") filed a complaint against Defendant FCA US LLC ("Defendant") alleging violations of the California Song Beverly Act and 15 U.S.C. § 2310, the Magnuson-Moss Warranty Act. (Doc. 1). On September 28, 2023, Plaintiff filed a request for entry of judgment pursuant to Federal Rule Civil Procedure 68(a). (Doc. 31). On October 2, 2023, the Court granted Plaintiffs' request and entered judgment pursuant to Rule 68. (Doc. 32). That same day the Court entered judgment in favor of Plaintiff. (Doc. 33).

Pending before the Court is the parties' stipulation to continue the filing deadline of Plaintiff's motion for attorneys' fees, costs and expenses, and to continue jurisdiction until said motion is decided, from October 30, 2023 to February 8, 2024. *Id*.

The parties request an additional 100 days beyond the deadline set forth by Local Rule 293 for the filing of Plaintiffs' motion for fees and costs "in an attempt to resolve the issue of Plaintiffs'

fees and costs without burdening the Court." *Id*.

While the Court acknowledges and appreciates the parties' interest in exploring resolution of the issues anticipated to be presented by Plaintiffs' motion without Court involvement, the Court does not have sufficient information before it to find good cause for such a lengthy extension.

In light of the parties' stipulation and good cause appearing, it is HEREBY ORDERED:

1. The filing deadline for any motion by Plaintiffs for attorneys' fees, costs, and expenses is extended to November 29, 2023; and
2. The Court shall retain jurisdiction over this action through and including resolution of any motion timely filed by Plaintiffs to recover fees, costs, and expenses.

IT IS SO ORDERED.

Dated: **November 1, 2023**

_____
UNITED STATES MAGISTRATE JUDGE