1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11  LUIS LOMELI, *et al*.

12              Plaintiff,

13       v.

14  FCA US LLC.

15              Defendant.

Case No.  1:22-cv-00666-CDB

ORDER ON STIPULATION AWARDING
PLAINTIFFS' ATTORNEYS' FEES, COSTS
AND EXPENSES AND REQUEST FOR
ENTRY OF ORDER

(Doc. 36)

16

17       On June 2, 2022, Plaintiffs Luis Lomeli and Jessica Lomeli ("Plaintiffs") commenced this

18  action against Defendant FCA US, LLC ("Defendant"), alleging violations of the California Song

19  Beverly Act and 15 U.S.C. § 2310, the Magnuson-Moss Warranty Act.  (Doc. 1).

20       On September 28, 2023, Plaintiffs filed a request for entry of judgment pursuant to Federal

21  Rule of Civil Procedure 68(a) in which they represented they accepted Defendant's offer of

22  judgment. (Doc. 31).  On October 2, 2023, the Court entered an order finding the parties complied

23  with Rule 68 and directing the Clerk of Court to enter judgment in favor of Plaintiffs pursuant to

24  the offer of judgment and to close the case.  (Doc. 32).  That same day, judgment was entered in

25  favor of Plaintiffs and the case was closed.  (Doc. 33).

26       Pending before the Court is the parties' stipulated request for the award of Plaintiffs'

27

28

1    attorneys' fees, costs, and expenses and request for entry of order.[1]  (Doc. 36).

2         In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED:

3    Defendant shall pay Plaintiffs $27,000.00 to resolve attorneys' fees, costs, and expenses.

4    Payment is to be made to counsel for Plaintiffs within 30 days of entry of this order.  Within ten

5    business days of satisfaction of payment, Plaintiffs shall file dispositional documents dismissing

6    this case with prejudice.

7    IT IS SO ORDERED.

8         Dated:   **December 22, 2023**                    _____

9                                               UNITED STATES MAGISTRATE JUDGE

---

27   [1] The parties consented to the jurisdiction of the United States Magistrate Judge and on
     December 21, 2023, this action was reassigned to Magistrate Judge Christopher D. Baker for all
28   purposes pursuant to 28 U.S.C. § 636(c)(1).  (Doc. 41).